# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Jere Sloan | Case No. 4:11-cv-1382-NAB |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| International Recovery Associates, Inc. | |
| Defendant. | |

Plaintiff, by and through counsel, gives Notice that the parties in the above-captioned matter reached a settlement.   Plaintiff anticipates being in a position to file a Notice of Dismissal with prejudice within 30 days to allow time for the parties to fully execute the settlement agreement.

RESPECTFULLY SUBMITTED,

By: /s/ Nicholas J. Prola
Nicholas J. Prola
LEGAL HELPERS, P.C.
233 S. Wacker
Sears Tower, Suite 5150
Chicago, IL 60606
Telephone:  312-753-7576
Fax: 312-822-1064
Email: npr@legalhelpers.com
Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2011 a copy of the foregoing Notice was filed electronically. Notice of this filing was sent by U.S. Mail on September 30, 2011, addressed as follows:

International Recovery Associates, Inc.
195 Smithtown Boulevard
Nesconset, NY 11767

*/s/ Nicholas J. Prola*