# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Jere Sloan<br><br>    Plaintiff,<br><br>v.<br><br>International Recovery Associates, Inc.<br><br>    Defendant. | Case No. 4:11-cv-1382-NAB<br><br><br>**NOTICE OF DISMISSAL WITH PREJUDICE** |

    Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

        RESPECTFULLY SUBMITTED,

        By: /s/ Nicholas J. Prola
           Nicholas J. Prola
           MACEY BANKRUPTCY LAW, P.C.
           233 S. Wacker Dr.
           Sears Tower, Suite 5150
           Chicago, IL 60606
           Telephone:  312-753-7576
           Fax: 312-822-1064
           Email: nprola@maceybankruptcylaw.com
           Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2011 a copy of the foregoing Notice was filed electronically.  Notice of this filing was sent by U.S. Mail on October 25, 2011, addressed as follows:

International Recovery Associates, Inc.
195 Smithtown Boulevard
Nesconset, NY 11767

*/s/ Nicholas J. Prola*